# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LA HUERTA NORTE, INC.,   §   Case No. 14-06673 DRC
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/27/2014 . The undersigned trustee was appointed on 03/28/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     23,798.04

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 26.42 |
| Bank service fees | 936.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 22,835.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/17/2014 and the deadline for filing governmental claims was 08/26/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,129.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,129.80 , for a total compensation of $ 3,129.80 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.64 , for total expenses of $ 3.64 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/17/2016                   By: /s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-06673 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | LA HUERTA NORTE, INC., | Date Filed (f) or Converted (c): | 02/27/14 (f) |
| | | 341(a) Meeting Date: | 03/28/14 |
| For Period Ending: | 08/17/16 | Claims Bar Date: | 07/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 23,789.00 | 23,789.04 | | 23,798.04 | FA |
| Remaining proceeds from sale of business on 10/31/13 | | | | | |
| 2. SECURITY DEPOSITS | 17,436.96 | 0.00 | OA | 0.00 | FA |
| Bulk Sales Stop Order escrow held by Attorney Robert McNees in connection with asset sale by Debtor on 10/31/13 | | | | | |
| TOTALS (Excluding Unknown Values) | $41,225.96 | $23,789.04 | | $23,798.04 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case is ready for claims review and TFR
October 08, 2015, 11:18 am

Trustee to review claims and prepare TFR
October 22, 2014, 12:32 pm

Grocery store sold pre-petition. Turned over balance in bank account. Additional funds held in escrow pending bulk sales stop order
October 01, 2014, 04:39 pm

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 03/31/16

/s/     GINA B. KROL
_____     Date: 08/17/16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 14-06673    DRC    Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | LA HUERTA NORTE, INC., | Date Filed (f) or Converted (c): 02/27/14 (f) |
| | | 341(a) Meeting Date: 03/28/14 |
| | | Claims Bar Date: 07/17/14 |

GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-06673 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LA HUERTA NORTE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0824 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5147 | | | |
| For Period Ending: | 08/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/14 | 1 | La Huerta Norte, Inc. | Turnover of cash | 1129-000 | 23,798.04 | | 23,798.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.97 | 23,782.07 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.35 | 23,746.72 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.16 | 23,712.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.26 | 23,677.30 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.20 | 23,642.10 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.02 | 23,608.08 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.10 | 23,572.98 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.92 | 23,539.06 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.99 | 23,504.07 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.95 | 23,469.12 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 13.41 | 23,455.71 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.51 | 23,424.20 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.82 | 23,389.38 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.65 | 23,355.73 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.72 | 23,321.01 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.55 | 23,287.46 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.62 | 23,252.84 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.57 | 23,218.27 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.41 | 23,184.86 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.47 | 23,150.39 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.31 | 23,117.08 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.37 | 23,082.71 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.32 | 23,048.39 |
| 02/18/16 | 030002 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 13.01 | 23,035.38 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-06673 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | LA HUERTA NORTE, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0824 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5147 | | |
| For Period Ending: | 08/17/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.05 | 23,003.33 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.20 | 22,969.13 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.05 | 22,936.08 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.10 | 22,901.98 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.95 | 22,869.03 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.00 | 22,835.03 |

| Account *******0824 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 23,798.04 | 2 | Checks | 26.42 |
| | 0 | Interest Postings | 0.00 | 28 | Adjustments Out | 936.59 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 23,798.04 | | | |
| | | | | | Total | $ 963.01 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 23,798.04 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 19.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 14-06673 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | LA HUERTA NORTE, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0824  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5147 | | |
| For Period Ending: | 08/17/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL  Date: 08/17/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 17, 2016 |
|---|---|---|---|---|---|---|

Case Number:   14-06673    **Priority Sequence**
Debtor Name:   LA HUERTA NORTE, INC.,                                    Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $3,133.44 | $3,133.44 |
| 000001A<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Priority | | $0.00 | $43,809.86 | $43,809.86 |
| 000004A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $51,062.94 | $51,062.94 |
| 000005<br>040<br>5800-00 | ILLINOIS DEPARTMENT OF EMP SECURITY<br>33 S. STATE STREET<br>BANKRUPTCY UNITY, 10TH FLOOR<br>CHICAGO, IL 60603 | Priority | | $0.00 | $258.62 | $258.62 |
| 000001<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Unsecured | | $0.00 | $6,240.00 | $6,240.00 |
| 000002<br>070<br>7100-00 | Illinois Lottery<br>101 W Jefferson MC-3-900<br>Springfield, IL 62702 | Unsecured | | $0.00 | $11,914.90 | $11,914.90 |
| 000003<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,548.31 | $1,548.31 |
| 000004<br>080<br>7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $5,584.90 | $5,584.90 |
| 000005A<br>080<br>7200-00 | ILLINOIS DEPARTMENT OF EMP SECURITY<br>33 S. STATE STREET<br>BANKRUPTCY UNITY, 10TH FLOOR<br>CHICAGO, IL 60603 | Unsecured | | $0.00 | $116.08 | $116.08 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 17, 2016

Case Number: 14-06673
Debtor Name: LA HUERTA NORTE, INC.,

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $13.41 | $13.41 |
| BOND 999 2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $13.01 | $13.01 |
| | Case Totals: | | | $0.00 | $123,695.47 | $123,695.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-06673 DRC
Case Name: LA HUERTA NORTE, INC.,
Trustee Name: GINA B. KROL

Balance on hand                                     $         22,835.03

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,129.80 | $ 0.00 | $ 3,129.80 |
| Trustee Expenses: GINA B. KROL | $ 3.64 | $ 0.00 | $ 3.64 |
| Other: Adams Levine Surety Bond Agency | $ 13.41 | $ 13.41 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 13.01 | $ 13.01 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $         3,133.44

Remaining Balance                                              $        19,701.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 95,131.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | $ 43,809.86 | $ 0.00 | $ 9,072.96 |
| 000004A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 51,062.94 | $ 0.00 | $ 10,575.07 |
| 000005 | ILLINOIS DEPARTMENT OF EMP SECURITY 33 S. STATE STREET BANKRUPTCY UNITY, 10TH FLOOR CHICAGO, IL 60603 | $ 258.62 | $ 0.00 | $ 53.56 |

| | | | | |
|---|---|---|---|---|
| | Total to be paid to priority creditors | | $ | 19,701.59 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,703.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Illinois Lottery 101 W Jefferson MC-3-900 Springfield, IL 62702 | $ 11,914.90 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,548.31 | $ 0.00 | $ 0.00 |
| 000001 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | $ 6,240.00 | $ 0.00 | $ 0.00 |

| | Total to be paid to timely general unsecured creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,700.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 5,584.90 | $ 0.00 | $ 0.00 |
| 000005A | ILLINOIS DEPARTMENT OF EMP SECURITY<br>33 S. STATE STREET<br>BANKRUPTCY UNITY, 10TH FLOOR<br>CHICAGO, IL 60603 | $ 116.08 | $ 0.00 | $ 0.00 |

| | Total to be paid to tardy general unsecured creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE