IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **LA HUERTA NORTE, INC.** | ) | No. 14 B 06673 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:  See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 30, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                      BY: /s/ Gina B. Krol
                                                            Ch 7 Bankruptcy Trustee

Service List:


Dept of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346

Illinois Lottery
101 W Jefferson MC-3-900
Springfield, IL   62702

American Express Bank, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664-0338

Illinois Dept of Employment Security
33 S State Street
Bankruptcy Unite, 10th Floor
Chicago, IL   60603

Kent Gaertner
kgaertner@spirngerbrown.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov