UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LA HUERTA NORTE, INC., § Case No. 14-06673 DRC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 17,436.96                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 19,701.59    Claims Discharged
                                               Without Payment: 142,680.43

Total Expenses of Administration: 4,096.45

3) Total gross receipts of $ 23,798.04  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,798.04  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,096.45 | 4,096.45 | 4,096.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 88,805.00 | 95,131.42 | 95,131.42 | 19,701.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,392.41 | 25,404.19 | 25,404.19 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 143,197.41 | $ 124,632.06 | $ 124,632.06 | $ 23,798.04 |

4) This case was originally filed under chapter 7 on 02/27/2014 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2016          By: /s/GINA B. KROL
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH | 1129-000 | 23,798.04 |
| **TOTAL GROSS RECEIPTS** | | **$23,798.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 3,129.80 | 3,129.80 | 3,129.80 |
| GINA KROL | 2200-000 | NA | 3.64 | 3.64 | 3.64 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 13.41 | 13.41 | 13.41 |
| ADAMS-LEVINE | 2300-000 | NA | 13.01 | 13.01 | 13.01 |
| ASSOCIATED BANK | 2600-000 | NA | 936.59 | 936.59 | 936.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,096.45 | $ 4,096.45 | $ 4,096.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | DEPARTMENT OF THE TREASURY | 5800-000 | 0.00 | 43,809.86 | 43,809.86 | 9,072.96 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ILLINOIS DEPARTMENT OF EMP SECURITY | 5800-000 | NA | 258.62 | 258.62 | 53.56 |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 88,805.00 | 51,062.94 | 51,062.94 | 10,575.07 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 88,805.00 | $ 95,131.42 | $ 95,131.42 | $ 19,701.59 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 148 N. Gary LLC 148 N. Gary Av. Carol Stream, IL 60188 | | 0.00 | NA | NA | 0.00 |
| | Altus Global Recovery 43525 Ridge Park Dr. Ste. #300 Temecula, CA 92590 | | 671.00 | NA | NA | 0.00 |
| | Bar S Foods 440 Mission St. Carol Stream, IL 60188 | | 700.00 | NA | NA | 0.00 |
| | Bill Me Later P.O. Box 105658 Atlanta, GA 30348-5658 | | 1,535.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Campbell, Hightower & Adams 4645 S. Lakeshore Dr. Ste. #11 Tempe, AZ 85282 | | 4,147.00 | NA | NA | 0.00 |
| | Cisco, Inc. 1702 Townhurst Dr. Houston, TX 77043 | | 426.41 | NA | NA | 0.00 |
| | Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | 1,688.00 | NA | NA | 0.00 |
| | Comcast 1711 E. Wilson St. Batavia, IL 60510 | | 333.00 | NA | NA | 0.00 |
| | Diversified Adjustment Services 600 Coon Rapids Blvd. Coon Rapids, MN 55433 | | 342.00 | NA | NA | 0.00 |
| | Efrain Cano c/o Yolanda Carrillo Working Hands Legal Clinic 401 S. LaSalle St. Ste. #1400 Chicago, IL 60605 | | 0.00 | NA | NA | 0.00 |
| | Flood Bros. Disposal 17 W. 697 Butterfield Rd. Ste. #E Oakbrook Terrace, IL 60181 | | 178.00 | NA | NA | 0.00 |
| | Hudson Energy P.O. Box 142109 Irving, TX 75014 | | 4,596.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Public Healt 525-535 W. Jefferson St. Springfield, IL 62761-0001 | | 35.00 | NA | NA | 0.00 |
| | JR Distribution Inc. 6801 W. 73rd St. Ste. #1368 Bedford Park, IL 60499-1368 | | 761.00 | NA | NA | 0.00 |
| | Jackson Lewis P.C. 150 N. Michigan Av. Ste. #2500 Chicago, IL 60601 | | 5,776.00 | NA | NA | 0.00 |
| | Jasper Meats 220 Madsen Dr. Bloomingdale, IL 60108 | | 8,002.00 | NA | NA | 0.00 |
| | McCarthy Burgess and Wolff MB&W Bldg 26000 Cannon Rd. Cleveland, OH 44146 | | 2,686.00 | NA | NA | 0.00 |
| | Nicor c/o Arnold, Scott & Harris P.C. 111 W. Jackson Blvd. Ste. #600 Chicago, IL 60604 | | 162.00 | NA | NA | 0.00 |
| | Orkin Commercial Services 603 E. Diehl Rd. Ste. #124 Naperville, IL 60563-1452 | | 71.00 | NA | NA | 0.00 |
| | Power Distributing LLC 185 Industrial Dr. Elmhurst, IL 60126 | | 325.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tyco Integrated Security, LLC 10405 Crosspoint Blvd. Indianapolis, IN 46256 | | 720.00 | NA | NA | 0.00 |
| | V&V Supremo Foods, Inc. 2141 S. Throop St. Chicago, IL 60608 | | 826.00 | NA | NA | 0.00 |
| | Vigo Money Transfers Western Union Financial Services 1301 International Pkwy 4th Flr Sunrise, FL 33323 | | 7,866.00 | NA | NA | 0.00 |
| | Yuly Garcia-Sandoval c/o Yolanda Carrillo- Working Hands 401 S. LaSalle St. #1400 Chicago, IL 60605 | | 0.00 | NA | NA | 0.00 |
| 000001 | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 6,240.00 | 6,240.00 | 0.00 |
| 000002 | ILLINOIS LOTTERY | 7100-000 | 10,998.00 | 11,914.90 | 11,914.90 | 0.00 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 1,548.00 | 1,548.31 | 1,548.31 | 0.00 |
| 000005A | ILLINOIS DEPARTMENT OF EMP SECURITY | 7200-000 | NA | 116.08 | 116.08 | 0.00 |
| 000004 | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | NA | 5,584.90 | 5,584.90 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 54,392.41 | $ 25,404.19 | $ 25,404.19 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-06673 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | LA HUERTA NORTE, INC., | | | Date Filed (f) or Converted (c): | 02/27/14 (f) |
| | | | | 341(a) Meeting Date: | 03/28/14 |
| For Period Ending: | 11/10/16 | | | Claims Bar Date: | 07/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH  Remaining proceeds from sale of business on 10/31/13 | 23,789.00 | 23,789.04 | | 23,798.04 | FA |
| 2. SECURITY DEPOSITS  Bulk Sales Stop Order escrow held by Attorney Robert McNees in connection with asset sale by Debtor on 10/31/13 | 17,436.96 | 0.00 | OA | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $41,225.96   $23,789.04   $23,798.04   $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing set for 9/30/16; final distribution made on 9/30/16; awaiting clearance of same; TDR to follow
October 11, 2016, 12:42 pm

Sent TFR to US Tee for review August 18, 2016, 10:49 am

Case is ready for claims review and TFR
October 08, 2015, 11:18 am

Trustee to review claims and prepare TFR
October 22, 2014, 12:32 pm

Grocery store sold pre-petition. Turned over balance in bank account. Additional funds held in escrow pending bulk sales stop order
October 01, 2014, 04:39 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 14-06673   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | LA HUERTA NORTE, INC., | Date Filed (f) or Converted (c): | 02/27/14 (f) |
| | | 341(a) Meeting Date: | 03/28/14 |
| | | Claims Bar Date: | 07/17/14 |

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 03/31/16

/s/   GINA B. KROL
_____   Date: 11/10/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-06673 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LA HUERTA NORTE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0824 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5147 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/14 | 1 | La Huerta Norte, Inc. | Turnover of cash | 1129-000 | 23,798.04 | | 23,798.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.97 | 23,782.07 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.35 | 23,746.72 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.16 | 23,712.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.26 | 23,677.30 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.20 | 23,642.10 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.02 | 23,608.08 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.10 | 23,572.98 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.92 | 23,539.06 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.99 | 23,504.07 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.95 | 23,469.12 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 13.41 | 23,455.71 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.51 | 23,424.20 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.82 | 23,389.38 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.65 | 23,355.73 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.72 | 23,321.01 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.55 | 23,287.46 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.62 | 23,252.84 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.57 | 23,218.27 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.41 | 23,184.86 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.47 | 23,150.39 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.31 | 23,117.08 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.37 | 23,082.71 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.32 | 23,048.39 |
| 02/18/16 | 030002 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 13.01 | 23,035.38 |

Page Subtotals       23,798.04       762.66

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-06673 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | LA HUERTA NORTE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0824 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5147 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 370 Lexington Avenue Suite 1101 New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.05 | 23,003.33 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.20 | 22,969.13 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.05 | 22,936.08 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.10 | 22,901.98 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.95 | 22,869.03 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.00 | 22,835.03 |
| 09/30/16 | 030003 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | | | 3,133.44 | 19,701.59 |
| | | | Fees  3,129.80 | 2100-000 | | | |
| | | | Expenses  3.64 | 2200-000 | | | |
| 09/30/16 | 030004 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | Final Distribution (1-1) modified name and address 4/23/2014-ps | 5800-000 | | 9,072.96 | 10,628.63 |
| 09/30/16 | 030005 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Final Distribution | 5800-000 | | 10,575.07 | 53.56 |
| 09/30/16 | 030006 | ILLINOIS DEPARTMENT OF EMP SECURITY 33 S. STATE STREET BANKRUPTCY UNITY, 10TH FLOOR CHICAGO, IL 60603 | Final Distribution | 5800-000 | | 53.56 | 0.00 |

Page Subtotals  0.00  23,035.38

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-06673 -DRC |
| Case Name: | LA HUERTA NORTE, INC., |
| Taxpayer ID No: | *******5147 |
| For Period Ending: | 11/10/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0824 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 23,798.04 | 23,798.04 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 23,798.04 | 23,798.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 23,798.04 | 23,798.04 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******0824 | | 23,798.04 | 23,798.04 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 23,798.04 | 23,798.04 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)